1  William M. Simpich, Esq., SB#106672
   Law Offices of William M. Simpich
2  1736 Franklin Street, 10th Floor
   Oakland, CA  94612
3  Telephone:  (510) 444-0226
   Facsimile:  (510) 444-1704
4
5  Tesfaye W. Tsadik, Esq., SB#108103
   Law Offices of Tesfaye W. Tsadik
   1736 Franklin Street, 10th Floor
6  Oakland, CA  94612
   Telephone:  (510) 839-3922
7  Facsimile:  (510) 444-1704

8  Attorneys for Plaintiffs

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  YVETTE JAMES, individually and on         Case No. C-14-3021-SI
    behalf of her minor child BRANDY
14  FOSTER, and MARKIEN WILBURN               **STIPULATION OF DISMISSAL
                                              WITH PREJUDICE OF ALL
15                Plaintiffs,                 CLAIMS BETWEEN CERTAIN
                                              PLAINTIFFS AND
16         vs.                                DEFENDANTS PEPSI
                                              CORPORATION, AND PNEUMO
17  PEPSIAMERICAS; WHITMAN                    ABEX CORPORATION**
    CORPORATION; PNEUMO ABEX
18  CORPORATION; DOES 1-10,                   [**Fed. R. Civ. Proc 41(a)(1)(A)(ii)**]

19                Defendants.

20

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Yvette James and Markien Willburn ("Plaintiffs"), through their attorneys and Defendants Pepsi Americas, Whitman Corporation, and Pneumo Abex Corporation, through their attorneys HEREBY STIPULATE AND AGREE that all claims between above listed Plaintiffs and Defendants in the above-entitled case shall be and hereby are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: June 9, 2015        LAW OFFICES OF WILLIAM M. SIMPICH

By   /s/ William M. Simpich
     William M. Simpich
     Attorneys for Plaintiffs

Dated: June 9, 2015        LAW OFFICES OF TESFAYE W. TSADIK

By   /s/ Tesfaye W. Tsadik
     Tesfaye W. Tsadik
     Attorneys for Plaintiffs

Dated: June 9, 2015        MORGAN, LEWIS & BOCKIUS LLP
                           COLLIE F. JAMES, IV
                           MONIQUE E. CHO

By   /s/ Collie F. James, IV
     Collie F. James, IV
     Attorneys for Defendants

IT IS SO ORDERED.

Dated:   6/18  , 2015       _____
                            HONORABLE SUSAN ILLSTON
                            United States District Court Judge

CASE NO. C-14-3021 SI
STIPULATION OF DISMISSAL WITH PREJUDICE